UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAVARIUS RUSSELL<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LEXINGTON and SAM DOBBINS,<br>　　　　　　　　　Defendants. | Civil Action<br>No. 3:23-CV-500-DPJ-ASH |

### JOINT MOTION TO STAY CASE

Plaintiff Javarius Russell and Defendants City of Lexington ("Lexington") and Sam Dobbins ("Dobbins") (collectively, the "Parties") hereby request that the Court enter an order staying the case for 30 days pending continued settlement negotiations. In support of this motion, the Parties state as follows:

　　1.　　"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). This Court has previously stayed a discovery-stage case *sua sponte* after learning about ongoing settlement negotiations, finding that "[a] stay would not only conserve the resources of the Court and the parties but allow the parties to continue their attempts to resolve the matter without judicial intervention." Order, *Mazie v. PHH Mortg. Co.*, 3:20-CV-395-DPJ-FKB (S.D. Miss. Mar. 22, 2022) (Jordan, J.), ECF No. 37 (quoting *Hawk Tech. Sys., LLC v. Huddle House, Inc.*, No. 4:20-CV-184-DMB-JMV, 2021 WL 4130520, at *1 (N.D. Miss. Sept. 9, 2021)). Other judges in Mississippi have stayed discovery-stage cases to allow for a scheduled mediation and to facilitate promising global-settlement negotiations. Order, *Nicholson ex rel. Nicholson v. Medtronic*

*MiniMed, Inc.*, No. 3:16-CV-785-HTW-LRA (S.D. Miss. Mar. 23, 2018), ECF No. 25 (scheduled mediation); 9/18/2020 Text Only Order, *Ingram v. C R Bard Inc.*, No. 3:20-CV-556 (S.D. Miss. Sept. 18, 2020) (global-settlement negotiations).

2. A stay is warranted in the present matter to conserve both judicial and party resources. Over the course of several months, the Parties conferred on a global settlement that would result in the termination of this litigation and three related cases pending in this Court: *Jew v. Dobbins*, 3:23-cv-02983-CWR-LGI; *Young v. Dobbins*, 3:24-cv-00752-HTW-LGI; and *Powell v. Henderson*, 3:24-cv-00815-CWR-ASH (together, the "Four Cases").

3. The Parties have made significant progress in settlement negotiations. They have substantially narrowed the distance between their settlement positions on monetary and non-monetary terms that would resolve the Four Cases.

4. If, for any reason, the settlement negotiations reach an impasse, the Parties agree to submit a joint status report within seven days notifying the Court of such an occurrence. If a settlement agreement has not been reached with 30 days following the date of this Motion, the Parties will report to the Court on the status of the negotiations and, depending on the situation, as the Court advised the Parties' counsel by email at 12:29 p.m. on January 28, 2026, the Parties may file either a motion to extend the stay or a motion to lift the stay. In the case of impasse, the report or motion will include proposed dates for remaining discovery deadlines, modified to account for the duration of the stay.

5. Therefore, in order to facilitate resolution of this action, the Parties jointly move for a 30-day stay of this case.

Dated: February 2, 2026

| | |
|---|---|
| By: */s/Joshua Tom* <br> Joshua Tom, MS Bar. No. 105392 <br> **ACLU of Mississippi** <br> P.O. Box 2242 <br> Jackson, MS 39225 <br> (601) 354-3408 <br> jtom@aclu-ms.org <br> <br> Craig. C. Martin* <br> Aaron J. Hersh* <br> Jordan E. Katz* <br> **WILLKIE FARR & GALLAGHER LLP** <br> 300 N. LaSalle Drive <br> Chicago, IL 60654 <br> Phone: (312) 728-9000 <br> cmartin@willkie.com <br> ahersh@willkie.com <br> jkatz@willkie.com <br> <br> Bart Schwartz* <br> **WILLKIE FARR & GALLAGHER LLP** <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Phone: (212) 728-8238 <br> bschwartz@willkie.com <br> <br> *admitted pro hac vice <br> Attorneys for Plaintiff | By: */s/ Mallory Bland* <br> G. Todd Butler, MB #102907 <br> Mallory K. Bland, MB #105665 <br> **PHELPS DUNBAR, LLP** <br> 1905 Community Bank Way, Suite 200 <br> Flowood, Mississippi 39232 <br> Telephone: (601) 352-2300 <br> Telecopier: (601) 360-9777 <br> Email: todd.butler@phelps.com <br> Email: mallory.bland@phelps.com <br> <br> Attorneys for Defendant the City of Lexington, Mississippi <br> <br> By: */s/ Katherine McClellan* <br> Katherine P. McClellan, MS Bar No. 105718 <br> **JACKS \|GRIFFITH\| LUCIANO, P.A.** <br> 150 North Sharpe Street <br> P. O. Box 1209 <br> Cleveland, MS 38732 <br> Phone No. (662) 843-6171 <br> FAX No. (662) 843-6176 <br> Email: katie@jlpalaw.com <br> <br> Attorney for Defendant Sam Dobbins |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Motion to Stay Case has been electronically filed with the Clerk of Court using the CM/ECF system. Notice and a copy of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated: February 2, 2026                              Respectfully submitted,

*/s/ Joshua Tom*

Joshua Tom, MS Bar. No. 105392
**ACLU of Mississippi**
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org